In the Matter of the Accounting of WALTER G. DURFEE et al., as Executors of GEORGE W. CLARK, Deceased, Respondents; SYLVESTER E. SCOTT, Appellant.

(Argued January 2, 1935; decided January 22, 1935.)

*John T. Norton* and *Sylvester E. Scott*, in person, for appellant.

*Abbott H. Jones, Charles W. Marshall* and *Ezra Tiffany* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.